# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> vs. <br><br> RANALLI, ZANIEL, FOWLER & MORAN, LLC, <br><br> Defendant. | 2:17-cv-02556-JAD-CWH <br><br> **ORDER** |

Before the Court is Defendant's Request for Exception from Attendance at Early Neutral Evaluation Session (ECF No. 12).

IT IS HEREBY ORDERED that any opposition to Defendant's Request for Exception from Attendance at Early Neutral Evaluation Session (ECF No. 12) must be filed on or before January 11, 2018. No reply necessary.

DATED this 14th day of January, 2018.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE