ELAYNA J. YOUCHAH
Nevada State Bar No. 5837
DIONE C. WRENN
Nevada State Bar No. 13285
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
youchahe@jacksonlewis.com
dione.wrenn@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Ranalli, Zaniel, Fowler & Moran, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, individually,<br><br>Plaintiff,<br><br>vs<br><br>RANALLI, ZANIEL, FOWLER & MORAN, LLC, a Nevada Limited Liability Company, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | CASE NO. 2:17-cv-02556-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND CLOSE OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>**(First Request)** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On January 23, 2018, this Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order submitted by the parties.

2. This is the first request by the parties to amend the Court's January 23, 2018 Scheduling Order.

3. The parties stipulate and agree to extend the close of discovery deadline for thirty-five (35) days for the sole purpose of conducting party and percipient witness depositions, some of which are out-of-state, that are necessary to fully evaluate the claims and defenses presented.

4. The parties further stipulate and agree that the dispositive motion and pre-trial order deadlines shall also be extended pursuant to LR 26-1.

-1-

5. The parties further stipulate and agree that the period to propound written discovery requests shall not be extended by this Stipulation and Order.

## **STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED**

1. Plaintiff served the following disclosures:

    a. Initial Disclosures on January 23, 2018;

    b. First Supplemental Disclosures on February 16, 2018;

    c. Second Supplemental Disclosures on March 2, 2018.

2. Defendant served the following disclosures:

    a. Initial Disclosures on January 23, 2018;

    b. First Supplemental Disclosures on April 9, 2018;

    c. Second Supplemental Disclosures on April 16, 2018;

    d. Third Supplemental Disclosures on April 20, 2018;

    e. Fourth Supplemental Disclosures on April 23, 2018;

    f. Fifth Supplemental Disclosures on May 4, 2018.

3. Plaintiff served the following discovery requests:

    a. First Set of Request for Production of Documents. Defendant's response is due on May 17, 2018;

    b. First Set of Interrogatories. Defendant's response is due on May 17, 2018;

    c. First Set of Requests for Admissions. Defendant's response is due on May 17, 2018;

    d. Second Request for Production of Documents. Defendant's response is due on June 4, 2018.

4. Defendant served the following discovery requests:

    a. First Set of Interrogatories. Plaintiff responded on February 16, 2018;

    b. First Set of Request for Production of Documents. Plaintiff responded on February 16, 2018.

5. Completed depositions: Plaintiff John Doe.

**STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties are currently in the process of responding to written discovery requests that were served on or before May 4, 2018, subpoenaing third-party documents, and coordinating party and percipient witness depositions. The remaining depositions consist of Defendant's founding and managing partners, Defendant's office manager, two (2) associates employed by Defendant, Plaintiff's out-of-state treating physician, and three (3) insurance adjusters, two of which are also located out-of-state. Due to counsels' conflicting schedules, and multiple out-of-state witnesses, additional time is needed to coordinate and complete the remaining depositions. For the above stated reasons, the parties request that the discovery deadline be extended thirty-five (35) days from June 4, 2018 to July 9, 2018 for the sole purpose of conducting necessary depositions.

**PROPOSED SCHEDULE**

The parties stipulate and agree that:

1. **Discovery**: The discovery period shall be extended thirty-five (35) days from June 4, 2018 to July 9, 2018 for the purpose of deposition.

2. **Dispositive Motions**: The deadline to file dispositive motions shall not be later than thirty (30) days after the discovery cut-off date. Therefore, the dispositive motion deadline shall be extended from July 5, 2018 to August 8, 2018.

3. **Pre-Trial Order**: If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive motions. Therefore, the Joint Pretrial order shall be extended from August 5, 2018 to September 7, 2018. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of scheduling deadlines has been made.

Dated: May 11, 2018

JACKSON LEWIS P.C.

/s/ Dione C. Wrenn
ELAYNA J. YOUCHAH, Bar #5837
DIONE C. WRENN, Bar #13285
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant*

Dated: May 11, 2018

ARIAS SANGUINETTI WANG & TORRIJOS

/s/ Gregg A. Hubley
GREGG A. HUBLEY, Bar #7386
7030 Smoke Ranch Road, Suite B
Las Vegas, Nevada 89128
*Attorney for Plaintiff
John Doe*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: May 15, 2018