**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
GREGG A. HUBLEY, ESQ.
Nevada Bar NO. 7386
7030 Smoke Ranch Road, Suite B
Las Vegas, Nevada 89128
Telephone: (702) 789-7529
Facsimile: (702) 909-7865
E-mail: gregg@aswtlawyers.com

-and-

MICKEL MONTALBAN ARIAS, ESQ. (*pro hac vice admitted*)
CA Bar No. 115385
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 670-1231
E-mail: mike@aswtlawyers.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DOE, Individually;<br><br>Plaintiff,<br><br>vs.<br><br>RANALLI, ZANIEL, FOWLER & MORAN, LLC, a Nevada Limited Liability Company; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-02556<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 30 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED and AGREED**, by and between the parties hereto through their respective counsel of record, that the above-entitled matter be dismissed, with prejudice, all parties to bear their own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

1529-0001/267205

Trial has not been set and no motions are pending.

**IT IS SO STIPULATED.**

DATED this 25th day of September, 2018.   DATED this 26th day of September, 2018.

**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

By: _____
GREGG A. HUBLEY, ESQ.
Nevada Bar No. 7386
7030 Smoke Ranch Rd., Ste. B
Las Vegas, NV 89128
    -and-
MICKEL MONTALBAN ARIAS, ESQ.
(*pro hac vice admitted*)
CA Bar No. 115385
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045

*Attorneys for Plaintiff*

**JACKSON LEWIS, P.C.**

By: _____
ELAYNA J. YOUCHAH, ESQ.
Nevada Bar No. 5837
3800 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation [30] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 26, 2018

1529-0001/267205